PD-0076-15

Texas Court of Criminal Appeals
ATTN: Court Clerk
P.O. Box 12308 Capitol Station
Austin, Tx 78711

RECEIVED 10 June, 2015
COURT OF CRIMINAL APPEALS

JUN 16 2015

Abel Acosta, Clerk

RE: Cause No. CR-13-214 JAMES EARL PILAND V STATE OF TEXAS

Dear Clerk,

I sent you a Petition for Discretionary Review on 12 May, 2015. As stated on page 12 of the Petition, I served a copy of the same to the State Prosecuting Attorney at P.O. Box 12405, Capitol Station, Austin, Texas. On Monday, 8 June 2015, it was returned as not deliverable.

I am enclosing the envelope it was sent in to prove to the Court I did send a copy as required. The Rusk County Attorney was also served a copy. Please bring this issue before the Court if there is any problems.

I thank you for your time, patience and assistance in this matter. I would also ask you to note there are no postal marks on the stamps or envelope which suggests it may not have left the Unit mail room.

Sincerely Yours,

FILED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

JAMES PILAND #1919190
Stringfellow Unit
1200 FM 655
Rosharon, Tx 77583